I IN THE UNITED STATE
COUR MIDDLE DISTRICT
OF GEORGIA

RECEIVING
CLER
2020 JAN 21 AM 9:25
U.S. RICT COURT
MIDDLE T OF GEORGIA
MAC , GEORGIA

5:20CV30

NAPOLEON GRAY
plantiff

STATE OF GEORGIA
Governer Kemp
Georgia state attorneys general
Georgia state parrol
Houston County sheif office
Houston County Board of Commis
Houston County Attorney

1 IS incident greiuable was
greioge filed and where
icident not greiebble
Nor was one filed

2. where did icident happen
and who was involere
in incident

(3) On November 29 2018 I went to the Houston County mastrate court in Houston County to pick up some old warrants During my visit a lady deputy heard me speaking regarding what information I wanted the clerk looked at the other clerks and that deputy then I heard that lady deputy talking to a officer on her radio trying to sit me up I sed her talking setting me up I walk out that court house slowly got in my car and I sat there up I came all knowing my cell phone conversation would be recorded ant my where abeed

Cont

(3) I called 911 pretened to be upset but I was not. I had to set them up before they set me up because Houston County law enforces made some documents legal concepts I had but anyway I set them up before they set me up I called the United State Court house in macon Ga and I were talking to a clerk the reason because I told the Houston County 911 operator that I was trying to ram my car into the Warner Robins PD office that was just to see was they going to call Warner Robins PD to let them know what I said and tell them my location

(9) I had the United State date on the phone now nobody know what I'm being but I'm setting Houston County up because I'm right down the street from the common Roberts I'm standing in front of it and when Houston County sheriff department come they come to kill me and get them legal warrants out my car A Georgia State trooper tryed to push my car and me and there legal document been in same water on 247 Houston County and bibb county came the state trooper never take me to jail for the tickets and state court dissmiss these tickets then the Houston County DA office sentence me to C8 months in prison on

5

one of these tickets every time the state troopers had them tickets dismissed now get this I were out on bond for terror threats and ~~harassment~~ trespassing not on any tickets often a accident these 2 head cas revoke had they issue me a OR bond on these tickets several days before my trail was in prosen on I was self emploin

what you want the court to be for you

I want emergecy relief I want to come before the united state court to clear my name this was the 2 attempt to kill me I'm ready to talk and expose everybody invole

May I ask the Court something Could the Court find former DEA michale meare that is who I want to see I'm ready to talk I want my life back I want to cleer my name

I ceritfiy I cert this statement at the best of my ability

L B 2020

My Name is Napoleon Gray I have no property I have no checking on saving accounts Nobody owe me any money no promise or any other or gifts I have no stocks or bond

I Napoleon Gray Oal that Day Napoleon Gray and the only meal I get or get in Concater or meal is zero ... 2020

CERTIFICATE OF

Senic

United State Court
Middle District of Georgia
Macon Division
Macon GA 31626

Napolian Gray
Houston Cochec Jail
203 N Perry Parkway
Perry GA 31069