

# Pin Change History

Transactions From 12/17/2019 12:00 AM to 12/17/2019 11:59 PM

## 22126 : GRAY, NAPOLEON

0

| Date | Pin | User |
| --- | --- | --- |
| 12/17/2019 | 7778 | |

22126 7778 #