Case 5:20-cv-00030-TES-CHW    Document 1-2    Filed 01/21/20    Page 1 of 1

Inmate: Napoleon Gray/C-Pod
Houston County Detention Center
203 NORTH PERRY PARKWAY
PERRY, GEORGIA 31069

MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

DAVID W. BUNT, CLERK
UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF GEORGIA
P.O. BOX 128
MACON, GEORGIA 31202

NEOPOST                    FIRST-CLASS MAIL
01/15/2020
US POSTAGE  $000.65⁰

                           ZIP 31069
                           041L10428416

31202$0128 B002